**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AMERICAN IMMIGRATION VISA KITS, INC., d/b/a
VISA KITS,

                        Plaintiff,                       24 **CIVIL** 7627 (PAE)

        -against-                               **JUDGMENT**

LORI CHAVEZ-DEREMER, SECRETARY,
U.S. DEPARTMENT OF LABOR,

                        Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 4, 2025, the Court grants DOL's motion to dismiss for lack of subject matter jurisdiction. Because the dismissal is under Rule 12(b)(1), the dismissal is without prejudice to Visa Kits's right to file a new lawsuit properly alleging subject matter jurisdiction. Accordingly, the case is closed.

**Dated:**  New York, New York
        August 4, 2025

                                                         **TAMMI M. HELLWIG**
                                                         _____
                                                           **Clerk of Court**

                                 **BY:**

                                                           _____
                                                             **Deputy Clerk**